UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WARREN BRYANT,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/2019

19 Cr. 6-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On December 13, 2019, Defendant's counsel filed a letter stating that the attorney-client relationship has "broken down" and that "a conflict of interest may now exist" that prevents counsel and the Federal Defenders from representing Mr. Bryant. ECF No. 87. Accordingly, it is hereby ORDERED that Defendant Bryant and his counsel, Clay H. Kaminsky, shall appear for a substitution of counsel hearing on **December 19, 2019**, at **10:40 a.m.** The Government need not attend.

      SO ORDERED.

Dated: December 13, 2019
       New York, New York

                                  ANALISA TORRES
                               United States District Judge