USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

WARREN BRYANT,

                          Defendant.

19 Cr. 6-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The substitution of counsel hearing scheduled for **December 19, 2019** is RESCHEDULED to **December 18, 2019** at **11:30 a.m.**

    SO ORDERED.

Dated: December 13, 2019
       New York, New York

_____
ANALISA TORRES
United States District Judge