UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WARREN BRYANT,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2019

19 Cr. 6-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

     Defendant Warren Bryant having appeared before the Court today, it is hereby ORDERED that Federal Defenders Clay Kaminsky and Tamara Giwa are substituted and the representation of Defendant is assigned to CJA attorney Richard E. Signorelli, for the reasons stated on the record.

     It is further ORDERED that Defendant shall be transferred to the Metropolitan Correction Center (MCC) pending sentencing.

     SO ORDERED.

Dated: December 18, 2019
     New York, New York

_____
ANALISA TORRES
United States District Judge