UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

WARREN BRYANT,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/2019

19 Cr. 6-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On December 18, 2019, the Court ordered that Defendant Warren Bryant be transferred to the Metropolitan Correction Center (MCC). ECF No. 92. On December 23, 2019, Richard Signorelli, counsel for Defendant, informed the Court that the Defendant would prefer to remain at the Valhalla facility, and requested that Defendant not be transferred to the MCC. ECF No. 107.

Accordingly, it is hereby ORDERED that Defendant shall not be transferred to the MCC and will remain at the Valhalla facility, pending sentencing.

The Clerk of Court is directed to terminate the motion at ECF No. 107.

SO ORDERED.

Dated: December 23, 2019
New York, New York

_____
ANALISA TORRES
United States District Judge