USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WARREN BRYANT,

                      Defendant.

19 Cr. 6-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The sentencing scheduled for March 16, 2020 is ADJOURNED *sine die*.

SO ORDERED.

Dated: March 16, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge