UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

        -against-

WARREN BRYANT,

                            Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/2020
```

19 Cr. 6-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is hereby ORDERED that sentencing in this matter is set for **September 22, 2020**, at **12:00 p.m.**

    SO ORDERED.

Dated: May 21, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge